UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CASE NO. 1:21-CV-162-GNS

LUTHER POYNTER, by and through
his guardian, ANITA FERNANDEZ                                        PLAINTIFF
vs.

AARON BENNETT, in his official
capacity as Barren County Jailer, and
BARREN COUNTY, KENTUCKY                                              DEFENDANTS

## **FOURTH** AMENDED AGREED SCHEDULING ORDER

The parties agree to amend the Third Amended Agreed Scheduling Order (DN 47) entered January 31, 2023 as follows;

**No later than August 21**, **2023** counsel for the Defendants shall disclose the identity of any person who may be used at trial to provide expert testimony under Fed. R. Civ. P. 26(a)(2)(A). By that date, Defendants shall submit written reports from any expert witnesses who are retained or specially employed as required by Fed. R. Civ. P. 26(a)(2)(B). If the witness is not required to provide a written report, Defendants' disclosure shall include for each witness the subject matter on which the witness is expected to present evidence under Fed. R. Evid. 702, 703 or 705 and a summary of the facts and opinions to which the witness is expected to testify, in conformance with Fed.R. Civ. P. 26(a)(2)(C).

The discovery depositions of all expert witnesses shall be completed **no later than October 20, 2023.**

**No later than December 20, 2023,** the parties shall complete all pretrial fact discovery. All written discovery requests shall be submitted to the opposing parties so that the due date is in advance of the discovery deadlines.

**No later than January 20, 2024**, counsel for the parties shall file all dispositive motions. This same date is the filing deadline for motions related to the admissibility of expert testimony pursuant to Federal Rule of Evidence 702 (Daubert motions).

**IT IS SO ORDERED this**: June 12, 2023

H. Brent Brennenstuhl
United States Magistrate Judge

**HAVE SEEN AND AGREED TO:**

***/s/ William M. Butler, Jr.*ND
William M. Butler, Jr.
500 West Jefferson Street, Suite 1520
Louisville, KY 40202
*Counsel for Plaintiffs*

**/s/Aaron D. Smith**
English, Lucas, Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42102
*Counsel for Defendants*

3582746 2