**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:21-CV-00162-GNS-HBB**

**LUTHER POYNTER, by and through**
**his guardian, ANITA FERNANDEZ**                                   **PLAINTIFF**


**V.**

### NOTICE OF SERVICE


**AARON BENNETT, in his official**
**capacity as Barren County Jailer, and**
**BARREN COUNTY, KENTUCKY**                                        **DEFENDANTS**
                                      * * * * * * * * * *

Plaintiff, by counsel, hereby gives Notice of Service of Plaintiff's Second Set of

Interrogatories and Request for Production of Documents to Defendants via email on July 31,

2023.

Respectfully submitted,

s/William M. Butler, Jr.
WILLIAM M. BUTLER, JR.
500 West Jefferson Street
Suite 1520
Louisville, Kentucky 40202
(502) 582-2020 Telephone
(502) 583-8007 Fax
Email: williambutlerlawyer@yahoo.com

### CERTIFICATE OF SERVICE

I hereby certify that on the 31st day of July, 2022 I electronically filed the foregoing with
the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing
to the Honorable Aaron D. Smith and John A. Sowell, Counsel for Defendants.

s/ William M. Butler, Jr.
WILLIAM M. BUTLER, JR.