**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:21-cv-00162-GNS-HBB**

**LUTHER POYNTER by and through his**
**Guardian ANITA FERNANDEZ**                                                                                    **PLAINTIFF**

v.

**NOTICE TO TAKE THE DEPOSITION OF ROBBI L. FRANKLIN, M.D.**

**AARON BENNETT in his official capacity**
**as Barren County Jailer and**
**BARREN COUNTY, KENTUCKY**                                                                                 **DEFENDANTS**

* * * * * * * * * * *

Notice is hereby given that the Plaintiff, Luther Poynter by and through his Guardian, Anita Fernandez, will take the deposition of Robbi L. Franklin, M.D. via in person on **Wednesday November 15, 2023 beginning at 8:00 a.m. CENTRAL TIME at Nashville Neurosurgery Associates, 330 22nd Ave North, Nashville, Tennessee 37203.** The deposition will be videotaped.

Said deposition is to be taken for the purpose of discovery and for all other uses permitted under the Federal Rules of Civil Procedure and shall continue from day to day until completed.

This the 23rd day of October, 2023.

    Respectfully submitted,

    s/William M. Butler, Jr.
    WILLIAM M. BUTLER, JR.
    500 West Jefferson Street Ste. 1520
    Louisville, Kentucky 40202
    (502) 582-2020 Telephone
    (502) 583-8007 Fax
    Email: williambutlerlawyer@yahoo.com
    Counsel for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that on the 23rd day of October, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable Aaron D. Smith and John A. Sowell, Counsel for Defendants and a courtesy copy was emailed to Lexitas Tennessee Scheduling at tn.scheduling@lexitaslegal.com.

                                                         s/ William M. Butler, Jr.
                                                         WILLIAM M. BUTLER, JR.

/g:/msword/CivilLutherPoynter Franklin Depo Notice/