**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF KENTUCKY**
**BOWLING GREEN DIVISION**
**CASE NO. 1:21-cv-00162-GNS-HBB**

**LUTHER POYNTER** by and through his
Guardian **ANITA FERNANDEZ**  **PLAINTIFF**

v.

## NOTICE OF CANCELLATION OF DEPOSITION

**AARON BENNETT** in his official capacity
as Barren County Jailer and
**BARREN COUNTY, KENTUCKY**  **DEFENDANTS**

\* \* \* \* \* \* \* \* \* \* \*

Notice is hereby given that the deposition of Robbi Franklin, M.D. scheduled for Wednesday, November 15, 2023 is hereby CANCELLED and will be rescheduled at a later date.

This the 30th day of November, 2023.

                        Respectfully submitted,

                        s/William M. Butler, Jr.
                        WILLIAM M. BUTLER, JR.
                        500 West Jefferson Street Ste. 1520
                        Louisville, Kentucky 40202
                        (502) 582-2020 Telephone
                        (502) 583-8007 Fax
                        Email: williambutlerlawyer@yahoo.com
                        Counsel for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of November, 2023 I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System which will send notice of electronic filing to the Honorable Aaron D. Smith and John A. Sowell, Counsel for Defendants

                        s/ William M. Butler, Jr.
                        WILLIAM M. BUTLER, JR.

/g:/msword/CivilLutherPoynter Notice CANCEL Franklin depo/