UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
BOWLING GREEN DIVISION
CIVIL ACTION NO. 1:21-CV-00162-GNS-HBB

LUTHER POYNTER, by and through
his Guardian, ANITA FERNANDEZ                                    PLAINTIFF

v.

AARON BENNETT et al.                                             DEFENDANTS

## JUDGMENT

This matter having come before the Court on Defendants' Motion for Summary Judgment (DN 95), and the Court on this date having issued its Memorandum Opinion and Order granting the motion.

**IT IS HEREBY ORDERED** that judgment be entered in favor of Defendants consistent with the Court's Memorandum Opinion and Order.

This is a final and appealable order.

Greg N. Stivers, Chief Judge
United States District Court

February 25, 2025

cc:    counsel of record